**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **LISA HERRERA,** ) | |
| ) | |
| Plaintiff, ) | Case No. SACV 09-839 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

November 15, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge